1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   LAURA VARTAIN HORN (CABN 258485)
5  Assistant United States Attorneys

6        450 Golden Gate Ave, 11th Floor
         San Francisco, CA 94102
7        Telephone: (415) 436-7200
         Fax: (415) 436-7234
8        Email: Helen.Gilbert@usdoj.gov
                Laura.Vartain@usdoj.gov
9
   Attorneys for the United States of America
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,      ) CASE NO. 3:22-CR-00426-JSC
                                    )
15 |        Plaintiff,               ) [PROPOSED] ORDER GRANTING PETITION
                                    ) FOR WRIT OF HABEAS CORPUS AD
16 |    v.                           ) PROSEQUENDUM
                                    )
17 | DAVID DEPAPE,                   )
                                    )
18 |        Defendant.               )
                                    )
19

20      Upon motion of the United States of America, and good cause appearing therefore,

21 IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

22 Corpus Ad Prosequendum requiring the production of defendant DAVID DEPAPE, before this Court on

23 the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the Writ shall be

24 issued as presented.

25

26 DATED:  October 26,k 2023                    _____
                                                HON. JACQUELINE SCOTT CORLEY
27                                              United States District Judge

28

[PROPOSED] ORDER
CASE NO. 3:22-CR-00426-JSC

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:    JAY BIEBER, United States Marshal for the Northern District of California and

        PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DAVID DEPAPE, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable JACQUELINE SCOTT CORLEY, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom 8, San Francisco, California 94102 on November 1, 2023 at 9:30 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED: October 26, 2923

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:22-CR-00426-JSC