ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorneys

    450 Golden Gate Ave
    San Francisco, CA 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: Helen.Gilbert@usdoj.gov
           Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:22-CR-426-JSC |
|---|---|---|
| Plaintiff, | ) | **UNITES STATES' AMENDED EXHIBIT LIST** |
| v. | ) | Judge: Hon. Jacqueline Scott Corley |
| DAVID WAYNE DEPAPE, | ) | |
| Defendant. | ) | |

    The United States hereby provides notice of its intent to offer into evidence the following exhibits at trial. The government reserves the right to amend the list prior to and during trial as necessary.

DATED: November 8, 2023            Respectfully submitted,

                                       ISMAIL J. RAMSEY
                                       United States Attorney

                                       /s/
                                       HELEN L. GILBERT
                                       LAURA VARTAIN HORN
                                       Assistant United States Attorneys

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.: 3:22-CR-426 JSC                    Date: November 9, 2023

United States of America         vs.    David Wayne DePape

## GOVERNMENT'S EXHIBIT LIST

(X) Plaintiff                              ( ) Defendant

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 1 | | 911 Call |
| 2 | | SFPD Off. Willmes body worn camera video excerpt |
| 3 | | SFPD Off. Cagney body worn camera video excerpt |
| 4 | | SFPD Off. Najarro body worn camera video excerpt 1 |
| 5 | | SFPD Interview of Depape excerpt 1 |
| 6 | | SFPD Interview of Depape excerpt 2 |
| 7 | | SFPD Interview of Depape excerpt 3 |
| 8 | | SFPD Interview of Depape excerpt 4 |
| 10 | | Excerpt of Depape call to KTVU |
| 11 | | Summary Exhibit: BART and Muni Video with Map |
| 12 | | BART videos |
| 13 | | MUNI videos |
| 14 | | Summary Exhibit: U.S.Capitol Police Video Footage of Victims' Home Exterior |
| 15 | | USCP CCTV Camera 101 |
| 16 | | USCP CCTV Camera 102 |
| 17 | | USCP CCTV Camera 103 |
| 18 | | USCP CCTV Camera 104 |
| 19 | | USCP CCTV Camera 105 |
| 20 | | USCP CCTV Camera 106 |
| 21 | | Photograph: Camera 1 |
| 22 | | Photograph: Camera 2 |
| 23 | | Photograph: Cameras 3 and 4 |
| 24 | | Photograph: Camera 5 |
| 25 | | Photograph: Camera 6 |
| 26 | | Pelosi Residence and Surrounding Area |
| 27 | | Pelosi Residence - Ground Floor v.1 |

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 28 | | Pelosi Residence - Third Floor |
| 30 | | Crime Scene Photograph: Mr. Pelosi 2 |
| 32 | | Crime Scene Photograph: Depape on floor with zipties |
| 33 | | Crime Scene Photograph: Officers with Mr. Pelosi |
| 35 | | Crime Scene Photograph: Depape note 1 |
| 36 | | Crime Scene Photograph: Depape note 2 |
| 37 | | Crime Scene Photograph: Bags on patio dark 1 |
| 38 | | Crime Scene Photograph: Bags on patio dark 2 |
| 39 | | Crime Scene Photograph: Bags on patio dark 3 |
| 40 | | Crime Scene Photograph: Bags on patio dark 4 |
| 41 | | Crime Scene Photograph: Exterior of home 1 |
| 42 | | Crime Scene Photograph: Exterior of home 2 |
| 43 | | Crime Scene Photograph: Exterior of home 3 |
| 44 | | Crime Scene Photograph: Exterior of home 4 |
| 45 | | Crime Scene Photograph: Exterior of home front steps |
| 46 | | Crime Scene Photograph: Exterior of home front path 1 |
| 47 | | Crime Scene Photograph: Exterior of home front path 2 |
| 48 | | Crime Scene Photograph: Exterior of home front path 3 |
| 49 | | Crime Scene Photograph: Exterior of home front path 4 |
| 50 | | Crime Scene Photograph: Exterior of home front path 5 |
| 51 | | Crime Scene Photograph: Exterior of home patio 1 |
| 52 | | Crime Scene Photograph: Exterior of home patio 2 |
| 53 | | Crime Scene Photograph: Exterior of home patio 3 |
| 54 | | Crime Scene Photograph: Exterior of home patio 4 |
| 55 | | Crime Scene Photograph: Exterior of home patio 5 |
| 56 | | Crime Scene Photograph: Exterior of home patio 6 |
| 57 | | Crime Scene Photograph: Exterior of home patio 7 |
| 58 | | Crime Scene Photograph: Exterior of home patio 8 |
| 59 | | Crime Scene Photograph: Exterior of home patio 9 |
| 60 | | Crime Scene Photograph: Exterior of home broken glass 1 |
| 61 | | Crime Scene Photograph: Exterior of home broken glass 2 |
| 62 | | Crime Scene Photograph: Exterior of home garage side 1 |
| 63 | | Crime Scene Photograph: Exterior of home garage side 2 |
| 64 | | Crime Scene Photograph: Exterior of home garage side 3 |
| 65 | | Crime Scene Photograph: Exterior of home side path 1 |
| 66 | | Crime Scene Photograph: Exterior of home side path 2 |
| 67 | | Crime Scene Photograph: Exterior of home side path 3 |
| 68 | | Crime Scene Photograph: Exterior of home side path 4 |

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 69 | | Crime Scene Photograph: Exterior of home side path 5 |
| 70 | | Crime Scene Photograph: Exterior of home side path 6 |
| 71 | | Crime Scene Photograph: Exterior of home side path 7 |
| 72 | | Crime Scene Photograph: Exterior of home side path 8 |
| 73 | | Crime Scene Photograph: Exterior of home side path 9 |
| 74 | | Crime Scene Photograph: Front door |
| 75 | | Crime Scene Photograph: Foyer |
| 76 | | Crime Scene Photograph: Foyer Items 1 |
| 78 | | Crime Scene Photograph: Foyer Items 3 |
| 79 | | Crime Scene Photograph: Foyer Items 4 |
| 80 | | Crime Scene Photograph: Foyer Items 5 |
| 81 | | Crime Scene Photograph: BART card 1 |
| 82 | | Crime Scene Photograph: BART card 2 |
| 83 | | Crime Scene Photograph: MUNI receipt |
| 84 | | Crime Scene Photograph: Markers 1, 2, and 3 |
| 85 | | Crime Scene Photograph: Markers 2 and 3 |
| 86 | | Crime Scene Photograph: Marker 3 |
| 87 | | Crime Scene Photograph: Markers 2 and 4 |
| 88 | | Crime Scene Photograph: Hammer 1 |
| 89 | | Crime Scene Photograph: Hammer 2 |
| 90 | | Crime Scene Photograph: Hammer 3 |
| 91 | | Crime Scene Photograph: Marker 4 |
| 92 | | Crime Scene Photograph: Marker 4 close up |
| 93 | | Crime Scene Photograph: Entry Room 1 |
| 94 | | Crime Scene Photograph: Entry Room 2 |
| 95 | | Crime Scene Photograph: Entry Room 3 |
| 96 | | Crime Scene Photograph: Entry Room Glass 1 |
| 97 | | Crime Scene Photograph: Entry Room Glass 2 |
| 98 | | Crime Scene Photograph: Entry Room Glass 3 |
| 99 | | Crime Scene Photograph: Entry Room Glass 4 |
| 100 | | Crime Scene Photograph: Stairs from foyer |
| 101 | | Crime Scene Photograph: Stairs from second floor down |
| 102 | | Crime Scene Photograph: Stairs to second floor |
| 103 | | Crime Scene Photograph: Stairs from second floor up |
| 104 | | Crime Scene Photograph: Stairs from third floor down |
| 105 | | Crime Scene Photograph: Third floor 1 |
| 106 | | Crime Scene Photograph: Third floor 2 |
| 107 | | Crime Scene Photograph: Elevator |

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 108 | | Crime Scene Photograph: Third floor bedroom door |
| 109 | | Crime Scene Photograph: Bedroom pillows and glove 1 |
| 110 | | Crime Scene Photograph: Bedroom pillows, glove, and zipties |
| 111 | | Crime Scene Photograph: Bedroom pillows and glove 2 |
| 112 | | Crime Scene Photograph: Bedroom pillows and zipties |
| 113 | | Crime Scene Photograph: Marker 6 |
| 114 | | Crime Scene Photograph: Marker 6 up close |
| 115 | | Crime Scene Photograph: Bedroom pillows and rope |
| 116 | | Crime Scene Photograph: Bed 1 |
| 117 | | Crime Scene Photograph: Bed 2 |
| 118 | | Crime Scene Photograph: Bed 3 |
| 119 | | Crime Scene Photograph: Closet 1 |
| 120 | | Crime Scene Photograph: Dresser |
| 121 | | Crime Scene Photograph: Closet 2 |
| 122 | | Crime Scene Photograph: Bathroom 1 |
| 123 | | Crime Scene Photograph: Bathroom 2 |
| 124 | | Crime Scene Photograph: Two bags and sleeping bag |
| 125 | | Crime Scene Photograph: Sleeping bag |
| 126 | | Crime Scene Photograph: Small backpack full |
| 127 | | Crime Scene Photograph: Small backpack items 1 |
| 128 | | Crime Scene Photograph: Small backpack tablet |
| 129 | | Crime Scene Photograph: Small backpack stick ends |
| 130 | | Crime Scene Photograph: Small backpack Goji berries |
| 131 | | Crime Scene Photograph: Small backpack glove label |
| 132 | | Crime Scene Photograph: Large backpack 1 |
| 133 | | Crime Scene Photograph: Large backpack 2 |
| 134 | | Crime Scene Photograph: Large backpack front pockets |
| 135 | | Crime Scene Photograph: Large backpack main compartment |
| 136 | | Crime Scene Photograph: Large backpack plastic bag items 1 |
| 137 | | Crime Scene Photograph: Large backpack plastic bag items 2 |
| 138 | | Crime Scene Photograph: Large backpack plastic bag item passport |
| 139 | | Crime Scene Photograph: Large backpack plastic bag items 3 |
| 140 | | Crime Scene Photograph: Large backpack plastic bag items 4 |

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 141 | | Crime Scene Photograph: Large backpack plastic bag items 5 |
| 142 | | Crime Scene Photograph: Large backpack plastic bag items 6 |
| 143 | | Crime Scene Photograph: Large backpack plastic bag items 7 |
| 144 | | Crime Scene Photograph: Large backpack plastic bag items 8 |
| 145 | | Crime Scene Photograph: Large backpack plastic bag items cash |
| 146 | | Crime Scene Photograph: Large backpack misc 1 (drink mixes, etc.) |
| 147 | | Crime Scene Photograph: Large backpack two bottles |
| 148 | | Crime Scene Photograph: Large backpack misc 2 (duct tape, etc.) |
| 149 | | Crime Scene Photograph: Large backpack misc 3 (zip ties, etc.) |
| 150 | | Crime Scene Photograph: Large backpack misc 4 (hammer, laptop, etc.) |
| 151 | | Crime Scene Photograph: Large backpack harddrives |
| 152 | | Crime Scene Photograph: Large backpack harddrive and adapter |
| 153 | | Crime Scene Photograph: Large backpack Dell laptop top |
| 154 | | Crime Scene Photograph: Large backpack Dell laptop bottom |
| 155 | | Crime Scene Photograph: Large backpack Sandisk Ultra 200 GB |
| 156 | | Crime Scene Photograph: Large backpack Sandisk Ultra 200 GB back |
| 157 | | Crime Scene Photograph: Large backpack Sandisk SDHC 4 GB |
| 158 | | Crime Scene Photograph: Large backpack Sandisk SDHC 4 GB back |
| 159 | | Crime Scene Photograph: Large backpack Boblov BWC, phone, USB |
| 160 | | Hammer (Marker 4) |
| 161 | | Zipties package, multi color (Marker 2) |
| 162 | | Ziptie (single) (Marker 2) |
| 163 | | Ziptie (single) (Marker 3) |
| 164 | | Plastic cup (Marker 3) |

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 165 | | $16 in cash |
| 166 | | BART card 1 |
| 167 | | BART card 2 |
| 168 | | Muni card |
| 169 | | Slip of paper (Marker 1 & 2) |
| 170 | | Piece of paper |
| 171 | | Rope |
| 172 | | Single glove |
| 173 | | Zipties package, clear (Marker 6) |
| 174 | | Sleeping bag in stuff sack |
| 175 | | Toothpaste |
| 176 | | Battery pack, white |
| 177 | | Large backpack |
| 178 | | $9,126 in cash |
| 179 | | Hammer, yellow handle |
| 180 | | Duct tape |
| 181 | | Package of zipties 1 |
| 182 | | Package of zipties 2 |
| 183 | | Package of zipties 3 |
| 184 | | Plastic bag |
| 185 | | Birth certificate |
| 186 | | Social security card |
| 187 | | Passport |
| 188 | | Two drivers' licenses |
| 189 | | California Benefits ID card |
| 190 | | Wells Fargo ATM card |
| 191 | | Paypal debit card |
| 192 | | SD reader |
| 193 | | Two bank envelopes |
| 194 | | Scissors |
| 195 | | Floss |
| 196 | | Toothbrush |
| 197 | | Batteries |
| 198 | | Battery charger |
| 199 | | Misc. electronics' accessories |
| 200 | | Matches |
| 201 | | Wyler's light single drink mixes |
| 202 | | Body camera user manual |

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 203 | | Purple gloves |
| 204 | | Facemask |
| 205 | | Two bottles of liquid |
| 206 | | 2 costumes |
| 207 | | 3 solar chargers |
| 208 | | Nintendo switch |
| 209 | | Various electronic chargers and cables Item |
| 210 | | Camping light |
| 211 | | Crayons |
| 212 | | Book |
| 213 | | Drinking glass |
| 214 | | Battery charger |
| 215 | | Thumb drive reader |
| 216 | | 4 pairs of socks |
| 217 | | 2 pairs of shorts |
| 218 | | 7 pairs of boxer briefs |
| 219 | | Greens 8 in 1 supplement |
| 220 | | Beef sticks |
| 221 | | Vitamins |
| 222 | | 2 jars glucosamine |
| 223 | | Watermelon lemonade |
| 224 | | Goji berries |
| 225 | | Pencil |
| 226 | | Single glove |
| 227 | | Gloves label |
| 228 | | Teclast tablet |
| 229 | | SanDisk SD Card; SN: BH1128416132D; 4GB |
| 230 | | Samsung Galaxy S7 |
| 231 | | Body worn camera, no manufacturer |
| 232 | | Boblov body worn camera |
| 233 | | Body worn camera instruction manual |
| 234 | | Generic USB Flash Drive; SN: none; 1TB |
| 235 | | Western Digital 3.5" SATA HDD; Model: WD10EZEX; SN: WCC6Y1SKV3S6; 1TB |
| 236 | | Western Digital 2.5" SATA HDD; Model: WD10SPZX-24; SN: WXS1A68K4047; 1TB |
| 237 | | Dell Laptop Model: Latitude E6540; SN: 5XOY942, with power cord and case |

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 238 | | Depape Residence Photograph: Exterior 1 |
| 239 | | Depape Residence Photograph: Exterior 2 |
| 240 | | Depape Residence Photograph: Interior computers 1 |
| 241 | | Depape Residence Photograph: Interior chair etc. |
| 242 | | Depape Residence Photograph: Interior cushions |
| 243 | | Depape Residence Photograph: Interior computers 2 |
| 244 | | Depape Residence Photograph: Interior computers marked |
| 245 | | Depape Residence Photograph: Tower marked |
| 246 | | Depape Residence Photograph: Tower back |
| 247 | | Depape Residence Photograph: Markers 9, 13 & 14 |
| 248 | | Depape Residence Photograph: Marker 9 zipties in place |
| 249 | | Depape Residence Photograph: Marker 9 zipties |
| 250 | | Depape Residence Photograph: Markers 7 & 11 |
| 251 | | Depape Residence Photograph: Marker 7 receipt |
| 252 | | Depape Residence Photograph: Geek Squad part order |
| 253 | | Depape Residence Photograph: W-9 |
| 254 | | Depape Residence Photograph: Interim Driver License |
| 255 | | Depape Residence Photograph: Application for State ID |
| 256 | | Depape Residence Photograph: PayPal debit card front |
| 257 | | Depape Residence Photograph: PayPal debit card back |
| 258 | | Depape Residence Photograph: Safeway and PayPal debit card |
| 259 | | Depape Residence Photograph: USPS box |
| 260 | | Depape Residence Photograph: 2012 IRS letter p.1 |
| 261 | | Depape Residence Photograph: 2012 IRS letter p.2 |
| 262 | | Depape Residence Photograph: Mail from IRS |
| 263 | | Depape Residence Photograph: Bottles citric acid |
| 264 | | Depape Residence Photograph: Bottles citric acid 2 |
| 265 | | Depape Residence Photograph: Recycling bin 1 |
| 266 | | Depape Residence Photograph: Recycling bin 2 |
| 267 | | Depape Residence Photograph: Recycling bin 3 |
| 268 | | Wells Fargo receipt |
| 269 | | iBuyPower; Model: iSeries A303A655012520; SN: 2216-59B9-3082-DD65-2 |
| 270 | | APacer 2.5" SATA SSD; Model: Panther; SN: 142002113178; 240GB |
| 271 | | Firefox Bookmarks |
| 272 | | Firefox Cookies |

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 273 | | Firefox SessionStore Artifacts |
| 274 | | Firefox Web History |
| 275 | | Firefox Web Visits |
| 276 | | Google Maps Queries |
| 277 | | Google Searches |
| 278 | | Image - broadway 2019.JPG |
| 279 | | Image - broadway.JPG |
| 280 | | Image - 01 (1).JPG |
| 281 | | Image - pelosivigilmar1207_8.jpg |
| 282 | | Image - 33163248-8730937-image-a-2_1600090811088.jpg |
| 283 | | Image - hqdefault.jpg |
| 284 | | Image - 37501178-9105277-image-a-82_1609539332899.jpg |
| 285 | | Image - Eqs0Zq2XIAUp9MB.jpeg |
| 286 | | Image - 813c7af4-6d5a-42bb-89b1-60f38f9aa4ce_1140x641.jpg |
| 287 | | Image - 37503978-0-image-a-3_1609550789355.jpg |
| 288 | | Image - 2411bfb6-4ea3-4d10-b8ef-341464286bb9_1140x641.png |
| 289 | | Image - sddefault.jpg |
| 290 | | Image - nancy-pelosi.webp |
| 291 | | Text document - New Text Document.txt |
| 292 | | AD Lab Report, Bookmark: Pelosi Information |
| 293 | | Spokeo records |
| 294 | | 902(11) Certification for Amazon records |
| 295 | | Amazon records |
| 296 | | 803(8) & 902(11) Certification for US House of Representatives Records |
| 297 | | Official List of Members of the U.S. House of Representatives, 117th Congress |
| 298 | | Photograph from medical records 1 |
| 305 | | Photograph from medical records 8 |
| 310 | | Photograph from medical records 13 |
| 314 | | SFPD Off. Najarro body worn camera video excerpt 2 |
| 315 | | SFPD Off. Najarro body worn camera video excerpt 3 |
| 316 | | SFPD Dispatch Audio |
| 317 | | Jail call log including 1/27/23 call |

| Exhibit Number | Date Admitted in Evidence | Description |
|---|---|---|
| 318 | | Slow version of excerpt of SFPD Off. Cagney body worn camera |
| 319 | | Pelosi Residence - Ground Floor v.2 |
| 320 | | Small backpack |