UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE   JACQUELINE SCOTT CORLEY          Case No. 22-cr-00426-JSC-1

CASE NAME: USA v. DAVID WAYNE DEPAPE

NOTE FROM THE JURY

Note No. __1__

Date __11/15/2023__

Time __2:40 PM__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Which exhibit number has Depape saying "Wheel her out in a wheelchair." We think sgt. Hurley

   _____
   Foreperson of the Jury