**FILED**

Nov 16 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DAVID WAYNE DEPAPE, <br> Defendant. | Case No. 22-cr-00426-JSC-1 <br><br> **FINAL VERDICT FORM** |

We, the members of the Jury, have reached the following unanimous verdict:

**COUNT ONE**

1. We, the Jury, find the defendant DAVID WAYNE DEPAPE, as charged in Count One of the Indictment: (circle one)

   NOT GUILTY    GUILTY    of attempted kidnapping in violation of Title 18 United States Code §§ 1201(a)(5), (d)

**COUNT TWO**

2A. We, the Jury, find the defendant DAVID WAYNE DEPAPE, as charged in Count Two of the Indictment: (circle one)

   NOT GUILTY    GUILTY    of assault in violation of Title 18 United States Code § 115(a)(1)(A)

Please answer the following question only if you found the defendant guilty of Count Two; otherwise leave this blank:

**2B.** Having found the defendant DAVID WAYNE DEPAPE guilty of the offense charged in Count Two, do you unanimously find beyond a reasonable doubt that the defendant used a dangerous weapon during and in relation to the assault charged in Count Two? (circle one)

NO    (YES)

Dated: 11/16/23

Signed: _____
Presiding Juror